Westhafer v. Westhafer.

No. 27,790.

C. E. WESTHAFER et al., *Appellees*, v. FERN WESTHAFER (FERN BROWN, substituted), *Appellant*.

(262 Pac. 555.)

SYLLABUS BY THE COURT.

PARENT AND CHILD—*Right to Custody*. An order relating to custody of a child approved.

Appeal from Jefferson district court; MARTIN A. BENDER, judge. Opinion filed January 7, 1928. Affirmed.

*A. C. Wilson,* of Oskaloosa, for the appellant.

*H. N. Casebier,* of Oskaloosa, for the appellees.

The opinion of the court was delivered by

BURCH, J.: The proceeding was one to procure modification of an order relating to custody of a child. A new order was made which was not satisfactory to the moving party, who was the child's mother, and she appeals.

The original order was made in an action in which the father of the child was granted a divorce from its mother. Oral evidence was introduced at the hearing on the motion to modify. At the conclusion of the hearing the court made two findings which disqualified the mother to have custody of the child. Eliminating testimony in support of the motion to modify, which the court was not obliged to believe and presumably disbelieved, both findings are well sustained by the evidence. The provision for custody made by the new order appears to be for the best interest of the child.

The judgment of the district court is affirmed.